# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 12, 2009

Charles R. Fulbruge III
Clerk

No. 08-30539

THALIA STEVENSON

Plaintiff-Appellant

v.

ANN WILLIAMSON; STATE OF LOUISIANA, through the Department of
Social Services

Defendants-Appellees

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:06-CV-418

Before SMITH, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Thalia Stevenson appeals the district court's dismissal of her discrimination and retaliation claims on summary judgment. For essentially the reasons set forth in the district court's Ruling on Motion for Summary Judgment, we AFFIRM the judgment of the district court.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.